Walter T. LaCross
    vs.    Div. No. 26889.
Jewel M. LaCross

December 5, 1932.

CHURCHILL, J. Heard on motion of respondent for custody of minor children.

Since the hearing on the merits a change in the circumstances materially affecting the matter of custody has occurred. On the evidence the mother, Jewel M. LaCross, is entitled to the custody of the minor children and a decree to that end may be presented.

Attorney for petitioner: John G. Carroll.

Attorney for respondent: Walter Johnson.